# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0057. MELODY A. BARRON v. THE STATE.

Melody A. Barron pled guilty to reckless driving and nolo contendere to speeding, and the trial court sentenced her in an order entered on February 28, 2024. On August 21, 2025, Barron filed an application for discretionary review of her conviction and sentence and of an order entered July 16, 2025, in her probation revocation proceedings. We lack jurisdiction.

Ordinarily, if a party applies for discretionary review of a directly appealable order – such as a conviction and sentence in a criminal case – we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Barron filed this application more than 17 months after entry of her conviction and sentence and 36 days after entry of any July 16, 2025 order.[1]

---

[1] Barron also failed to include a copy of the July 16, 2025 order she seeks to appeal. See Court of Appeals Rule 31 (c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought. . . . The Court will return any application not containing a stamped 'filed' copy of the trial court order or judgment on which the application is based.").

Accordingly, the application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/08/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*